IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACARA THOMPSON, on her own behalf and on behalf of her minor son J.T.; | **8:23CV245** |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| TODD SCHMADERER, individually, And in his official capacity as City of Omaha, Nebraska Chief of Police; BRIAN DIMINCO, (Shield No. 1988), individually and his official capacity as City of Omaha Police Officer; OFFICER TYLER BOYER, (Shield No. 2458), individually and his official capacity as City of Omaha Police Officer; OFFICER PHILLIPS, (Shield No. 2452), individually and his official capacity as City of Omaha Police Officer; and  CITY OF OMAHA, NEBRASKA, DOUGLAS COUNTY, | |
| Defendants. | |

Plaintiff Jacara Thompson, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis.  Filing No. 2.  Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees.  Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).  The Court will conduct this initial review in its normal course of business.

Dated this 9th day of June, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge