IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACARA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TODD SCHMADERER, et al.,<br><br>    Defendants. | 8:23-CV-245<br><br>ORDER |

  The plaintiff represents that she failed to receive notice of the defendants' partial motion to dismiss (filing 10) because of difficulty receiving her mail. Filing 19. The Court will grant her an extension of time to respond to the defendants' motion. In addition, <u>if</u> the plaintiff has regular access to the internet and email, she might find electronic filing more reliable and convenient. The Court will direct the Clerk of the Court to provide her with instructions for electronic case filing registration.

  IT IS ORDERED:

1. The plaintiff may respond to the defendants' motion to dismiss (filing 10) on or before January 8, 2024.

2. The defendants may reply in support of their motion on or before January 16, 2024.

3. The Clerk of the Court shall provide the plaintiff with a copy of this order and a copy of the Court's instructions for electronic case filing registration.

  Dated this 8th day of December, 2023.

            BY THE COURT:

            John M. Gerrard
            Senior United States District Judge