IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JACARA THOMPSON, individually and as next friend of J.T., a minor,

Plaintiff,

vs.

TODD SCHMADERER, individually, and in his capacity as Chief of Police for City of Omaha, BRIAN DIMINICO, individually and in his capacity as a City of Omaha Police Officer, TYLER BOYER, individually and in his capacity as a City of Omaha Police Officer, OFFICER PHILLIPS, individually and in his capacity as a City of Omaha Police Officer, CITY OF OMAHA, NEBRASKA,

Defendants.

**8:23CV245**

**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE**

**(AMENDED)**

Upon review of the docket, the Court inadvertently and sua sponte reopened the motions in limine deadline in its amended trial setting order, Filing No. 114.

Accordingly,

IT IS ORDERED:

1) This Order Setting Trial and Pretrial Conference is substituted for Filing No. 114 and the Order at Filing No. 114 is stricken.

2) The jury trial of this case is set to commence before John M. Gerrard, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **February 8, 2027**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and

such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference was held before the undersigned magistrate judge on August 17, 2026 and the Order on the Final Pretrial Conference is located on the docket at Filing No. 113. **The parties shall email chambers (deluca@ned.uscourts.gov) by January 7, 2027 if there are any material changes the parties propose the Court include in an amended pretrial conference order.**

4) **The deadline to file motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence was August 17, 2026.**

Dated this 27th day of August, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge